IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMANUEL JACOBS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LG ELECTRONICS, USA, INC. | : | NO. 19-3728 |

ORDER

AND NOW, this   8th   day of June, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Motion of LG Electronics, U.S.A., Inc. for Summary Judgment on plaintiffs' claims for physical and emotional damages and loss of consortium (Doc. # 15) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                       J.