IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMANUEL JACOBS, et al.        :        CIVIL ACTION
                              :
        v.                    :
                              :
LG ELECTRONICS, USA, INC.     :        NO. 19-3728

ORDER

AND NOW, this   8th   day of June, 2020, it is hereby ORDERED that the Motion of Plaintiffs to Strike the Motion of Defendant LG Electronics, U.S.A., Inc. for Summary Judgment (Doc. #18) is DENIED as without merit.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.